IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKLYN NICOLE BRASSELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the Social | : | |
| Security Administration | : | NO. 13-6063 |

## ORDER

**AND NOW**, this 10th day of December, 2014, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated November 18, 2013, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (Docket No. 17) is **APPROVED** and **ADOPTED**;

2. **JUDGMENT** is **ENTERED** in favor of Plaintiff, **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only;

3. Plaintiff's motion is support of her request for review is **GRANTED**;

4. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation; and

5. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

__S/ JOHN R. PADOVA_____
John R. Padova, J.